CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

KENT STEJSKAL (MOBN 70456)
Special Assistant United States Attorney

    1301 Clay St., Ste. 340S
    Oakland, CA 94612
    Telephone: (510) 637-3685
    FAX: (415) 436-3724
    Kent.Stejskal@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 4:19-CR-00630-1 HSG |
| Plaintiff, | STIPULATION AND ORDER TO SET FORM 12 INITIAL ARRAIGNMENT |
| v. | |
| JOHNATHAN RAMON BORDELON, | |
| Defendant. | |

This matter stems from a conviction Defendant sustained on September 23, 2020, in which Defendant was convicted of violating 18 U.S.C. § 922(g)(1), and sentenced to five years' probation on October 13, 2021. Dkt. Nos. 37, 60. On September 27, 2022, a Petition for Warrant for Person Under Supervision was filed alleging five violations of Defendant's supervised release. On September 19, 2025, Defendant sent a letter to the chambers of The Honorable United States District Judge Haywood S. Gilliam, Jr., requesting a resolution to the federal detainer issued against him as a result of the aforementioned Petition. Dkt. No. 65. At the time Defendant sent the letter, he was incarcerated at the California Medical Facility, and, according to his letter, he is currently serving an eight-year state custodial sentence. *Id.* According to the California Incarcerated Records and Information Search online database, Defendant was admitted to the California Medical Facility on September 9, 2024, and he has a parole

1  eligibility date of April 2029.

2        In response to Defendant's letter sent to the chambers of The Honorable Judge Haywood S. Gilliam, Jr., the Court reached out to counsel of record for Defendant to respond to Defendant's request, who in turn, contacted members of the United States Attorney's office. After administrative processes within the United States Attorney's office, and after discussions with counsel for Defendant and United States Probation, the undersigned began the process of requesting a Writ of Habeas Corpus Ad Prosequendium to have Defendant transferred from state custody to federal custody for the purpose of litigating the outstanding supervised release violations. In furtherance of that process, the parties submit this stipulation and proposed order to calendar this matter for January 14, 2026, at 10:30 a.m., if that date is amenable with the Court, for Defendant to be initially arraigned on the Petition. Once this matter is calendared, the undersigned will submit a petition and proposed order for a Writ of Habeas Corpus Ad Prosequendium for the Court to consider which will include the agreed-upon date for the initial arraignment with the magistrate court and the date of the initial status conference with The Honorable United States District Court Judge Haywood S. Gilliam, Jr., which will occur on the same date as the initial arraignment to reduce logistical challenges.

      The parties do not have an agreed-upon disposition in this matter. The parties have discussed the scheduling of this case and are available on January 14, 2026. The United States Probation Office was consulted and is also available on that date.

      The undersigned Special Assistant United States Attorney certifies that he has obtained approval from counsel for Defendant to file this stipulation and proposed order.

      IT IS SO STIPULATED.


DATED: December 2, 2025                             /s/
                                                      KENT STEJSKAL
                                                      Special Assistant United States Attorney

DATED: December 2, 2025                             /s/
                                                      JOYCE LEAVITT
                                                      Counsel for Defendant Johnathan Bordelon

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNATHAN RAMON BORDELON,<br><br>Defendant. | Case No.: 4:19-CR-00630-1 HSG<br><br>ORDER TO SET FORM 12 INITIAL ARRAIGNMENT |

**ORDER**

Based upon the information and the agreement of the parties in the above stipulation, the above-captioned matter is set for initial arraignment on January 14, 2026, at 10:30 a.m.

IT IS SO ORDERED.

DATED: December 2, 2025

_____
THE HON. THOMAS S. HIXSON
United States Magistrate Judge