CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

KENT STEJSKAL (MOBN 70456)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Kent.Stejskal@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>      v.<br><br>JOHNATHAN RAMON BORDELON,<br><br>    Defendant. | CASE NO. 4:19-CR-00630-1 HSG<br><br>[PROPOSED] ORDER GRANTING AMENDED PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant JOHNATHAN RAMON BORDELON, before this Court on the date stated in the Writ submitted, or as soon thereafter as practicable, and requiring that the defendant be present for all future hearings, is granted and the Writ shall be issued as presented.

DATED: December 8, 2025

_____
Hon. Judge Thomas S. Hixson
United States Magistrate Judge

[PROPOSED] ORDER
CASE NO. 4:19-CR-00630-1 HSG

## **WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:    JAY BIEBER, Acting United States Marshal for the Northern District of California, and Patwin

Horn, Warden, Kern Valley State Prison, 3000 West Cecil Avenue, Delano, CA 93216, and /or

any of their authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of

JOHNATHAN RAMON BORDELON, who is in the custody of the California Medical Facility, before

the Honorable Judge Nathanael M. Cousins, United States Magistrate Judge for the Northern District of

California, located at the Oakland Federal Courthouse, located at 1301 Clay Street, 3rd Floor, Oakland,

California 94612, on **January 14, 2026, at 10:30 a.m.,** or as soon thereafter as practicable, on the

supervised release violations filed against defendant in the above-entitled Court matter and further to

produce said defendant at all future hearings as necessary until the termination of the proceedings in this

Court, to include producing the body of defendant JOHNATHAN RAMON BORDELON before the

Honorable Judge Haywood S. Gilliam, Jr., United States District Court Judge for the Northern District

of California, located at the Oakland Federal Courthouse, located at 1301 Clay Street, 4th Floor,

Oakland, California 94612, on **January 14, 2026, at 2:00 p.m.,** or as soon thereafter as practicable, on

the supervised release violations filed against defendant in the above-entitled Court matter.

Should the current custodian release JOHNATHAN RAMON BORDELON from its custody,

you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the

Northern District of California and/or his authorized deputies under this Writ.

DATED:  December 8, 2025

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By:  _____
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 4:19-CR-00630-1 HSG